IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VISTA OUTDOOR OPERATIONS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | Case No.: 23-cv-3549<br><br>Judge Sara L. Ellis |

### PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION AS TO DEFENDANT NOS. 1-6, 19-87 AND 165-217

    Plaintiff VISTA OUTDOOR OPERATIONS, LLC hereby moves this Honorable Court for entry of a Preliminary Injunction as to Defendant Nos. 1-6, 19-87 and 165-217. The scope of the Preliminary Injunction is substantially identical to the Temporary Restraining Order entered on June 7, 2023 [Dkt. Nos. 27, 28]. Plaintiff's Motion to Extend the Temporary Restraining Order filed on June 15, 2023 remains pending. [Dkt. No. 30]. In support of its Motion, Plaintiff files the accompanying Memorandum of Law and Declaration of Michael A. Hierl.

                                                            Respectfully submitted,

Dated: June 23, 2023

                                          By:    s/Michael A. Hierl
                                                          Michael A. Hierl (Bar No. 3128021)
                                                          William B. Kalbac (Bar No. 6301771)
                                                          Robert P. McMurray (Bar No. 6324332)
                                                          Hughes Socol Piers Resnick & Dym, Ltd.
                                                          Three First National Plaza
                                                          70 W. Madison Street, Suite 4000
                                                          Chicago, Illinois 60602
                                                          (312) 580-0100 Telephone

mhierl@hsplegal.com
wkalbac@hsplegal.com
rmcmurray@hsplegal.com
Attorneys for Plaintiff
VISTA OUTDOOR OPERATIONS, LLC

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing Motion was electronically filed with the Clerk of the Court, served by publication and email to the Defendants identified in Schedule A and served on all counsel of record and interested parties via the CM/ECF system on June 23, 2023.

/s/ *Michael A. Hierl*